RONALD A. VAN WERT, ISB #7659
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: (509) 747-9100
Fax: (509) 623-1439
Email: rvw@ettermcmahon.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| NANCY B. PIATT and ARNOLD BLAINE PIATT, wife and husband, and the marital community comprised thereof, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a foreign corporation, <br><br> Defendant. | Case No.: <br><br> DEFENDANT'S NOTICE OF REMOVAL <br><br> **(CLERK'S ACTION REQUIRED)** |

Defendant Costco Wholesale Corporation ("Costco"), by and through its

attorney of record Ronald A. Van Wert of the law firm of Etter, McMahon,

Lamberson, Van Wert & Oreskovich, P.C., hereby requests that the United States

District Court for the District of Idaho assume jurisdiction over the suit filed by the Plaintiffs, Nancy B. Piatt and Arnold Blaine Piatt ("Plaintiffs"), against the Defendant in Kootenai County District Court, case number CV28-22-2894, on the grounds set forth herein. This notice and petition for removal is made pursuant to 28 U.S.C. § 1332, § 1441, and § 1446, and is proper and appropriate based on the following:

## FACTS

1.      Plaintiffs commenced a civil action against Defendant in Kootenai County District Court.

2.      The Complaint names Costco as defendant and purports to assert claims for damages arising out of injuries Plaintiffs received while on Defendant's property.

3.      Plaintiffs filed a Summons and Complaint in Kootenai County District Court on May 19, 2022.

4.      Defendant received service of the Summons and Complaint on May 24, 2022.

## ATTACHMENTS

5.      Per 28 U.S.C. § 1446(a) and Dist. Idaho Loc. Civ. Rules 5.2 & 81.1, the

DEFENDANT'S NOTICE OF REMOVAL
– Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

entire state court record is attached hereto along with the state court docket sheet as Attachment #1.

6.     Per Dist. Idaho Loc. Civ. Rules 5.2 & 81.1, a copy of the Civil Cover Sheet is attached as Attachment #2 hereto.

## TIMELINESS OF REMOVAL

7.     This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b)(1) as it is filed within thirty days of Defendants receipt of "a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

8.     On May 24, 2022, Defendant was served a copy of the Summons and Complaint which was filed in Kootenai County District Court on May 19, 2022.

## VENUE

9.     Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division encompassing the state court where the action is pending.

## DIVERSITY JURISDICTION

10.     This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states

DEFENDANT'S NOTICE OF REMOVAL
– Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

and the matter in controversy exceeds $75,000, exclusive of interest and costs.

11.     Based on the Complaint, at the time Plaintiff commenced this action and as of the date of this Notice of Removal, Plaintiff has continuously been a citizen of the state of Idaho.

12.     At the time Plaintiff commenced this action and as of the date of this Notice or Removal, Defendant Costco has continuously been incorporated under the laws of the state of Washington with its principal place of business in Washington.

13.     Accordingly, per 28 U.S.C. § 1332, there is complete diversity of citizenship because Plaintiff is a citizen of Idaho, while Defendant is a citizen of Washington.

14.     Plaintiff seeks to recover damages from Defendant arising out of injuries Plaintiffs received while on Defendant's property.

15.     In the Complaint, Plaintiff seeks to recover damages for physical pain, mental pain, suffering, impairment, disability, inconvenience, loss of enjoyment of life and loss of consortium, as well as damages for health and medical care, rehabilitation, physical therapy, and related expenses incurred as a result of the accident.  Plaintiff further seeks pre-judgment interest, attorney's fees and costs.

DEFENDANT'S NOTICE OF REMOVAL
– Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

16.   Although the Complaint is silent as to the amount of damages, prior this lawsuit, Plaintiffs made a demand for $400,000 in damages.   Accordingly, Plaintiffs have voluntarily represented that they seek to recover more than $75,000 in damages, exclusive of interest and costs.

## NOTICE OF FILING NOTICE OF REMOVAL

17.   In accordance with 28 U.S.C. § 1446(d), and to effect removal, Defendant is filing a true and correct copy of this Notice of Removal with the Clerk of the Kootenai County District Court.

18.   Defendant Costco Wholesale Corporation respectfully requests removal of this action from Kootenai County District Court to the United States District Court for the District Court of Idaho for all future proceedings.

Dated this 17th day of June, 2022, signed at Spokane, Washington.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

_____
Ronald A. Van Wert, WSBA No. 32050
Attorneys for Costco

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June 2022, I electronically filed the

forgoing document with the Clerk of the Court using the CM/ECF System.


I further sent a copy of the foregoing via Idaho's electronic filing system along

with Notice of Filing Notice of Removal to Federal Court to

>       Todd M. Reed
>       Powell & Reed, PC
>       PO Box 1005
>       Sandpoint, ID 83864.


EXECUTED in Spokane, Washington on June 17, 2022.

By: /s/ Ronald A. Van Wert _____

DEFENDANT'S NOTICE OF REMOVAL
– Page 6

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100