Electronically Filed
5/19/2022 11:02 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Allissa LeBlanc, Deputy Clerk

POWELL & REED, P.C.
Todd M. Reed
318 Pine Street
PO Box 1005
Sandpoint, ID 83864
Telephone:   (208) 263-3529
Facsimile:    (208) 263-4438
ISB No. 4788
service@sandpointlegal.com

Attorney for Plaintiffs

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| NANCY B. PIATT and ARNOLD BLAINE PIATT, wife and husband, and the marital community comprised thereof, | Case No. CV28-22-2894 |
| Plaintiffs, | SUMMONS |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a foreign corporation, | |
| Defendant. | |

**NOTICE:**   **YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFFS.**

THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY-ONE (21) DAYS.  **READ THE INFORMATION BELOW.**

**TO:**   **COSTCO WHOLESALE CORPORATION**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court at 501 Government Way, Coeur d'Alene, Idaho 83816, within twenty-one (21) days after service of this

Summons on you. If you fail to so respond, the Court may enter judgment against you as demanded by the Plaintiffs in the Complaint.

A copy of the Complaint is served with the Summons. If you wish to seek the advice or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court.

WITNESS my hand and seal of said District Court on  5/19/2022 11:02 AM .

Jim Brannon
Clerk of District Court

By  *Alissa LeBlanc*
Clerk/Deputy Clerk



SUMMONS - 2

5

Electronically Filed
5/19/2022 11:02 AM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Alissa LeBlanc, Deputy Clerk

POWELL & REED, P.C.
Todd M. Reed
318 Pine Street
P.O. Box 1005
Sandpoint, Idaho 83864
Phone: (208) 263-3529
Fax:   (208) 263-4438
ISB No. 4788
service@sandpointlegal.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| NANCY B. PIATT and ARNOLD BLAINE PIATT, wife and husband, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation,<br><br>Defendant. | Case No. CV28-22-2894<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

COME NOW the above-named Plaintiffs NANCY PIATT and ARNOLD BLAINE PIATT, and for cause of action against the Defendant COSTCO WHOLESALE CORPORATION, state as follows:

(1)  Plaintiffs Nancy Piatt and Arnold Blaine Piatt are wife and husband, residing in Ponderay, Bonner County, Idaho.

(2)  Defendant Costco Wholesale Corporation is a Washington corporation authorized to do business in Kootenai County, Idaho.

COMPLAINT AND DEMAND FOR JURY TRIAL -1-

Christensen, Richard S

(3) On May 28, 2020, Plaintiff Nancy Piatt entered the premises of Costco Wholesale Corporation, Defendant's place of business located at 355 E Neider Avenue in Coeur d'Alene, Kootenai County, Idaho, as a business invitee.

(4) On said date, Plaintiff Nancy Piatt slipped and fell on ice inside the Costco Wholesale Corporation warehouse, and fell to the ground.

(5) The aforesaid incident occurred as a result of and was proximately caused by the careless, negligent and reckless conduct of Defendant, which consisted of the following particulars:

a. Failing to properly organize the common area in question so as to maintain a safe shopping experience for the Plaintiff, free from hazards which were recognized or should have been recognized by the Defendant as causing or likely to cause the serious physical harm to Plaintiff and others;

b. Failing otherwise to comply with the applicable laws and regulations of the State of Idaho and the applicable Federal laws and regulations;

c. Failing to exercise the degree of care required under the circumstances; and

d. Otherwise being negligent.

(6) As a result of the aforesaid conduct and breach of care of the Defendant, Plaintiff sustained injuries, losses and damages, without any negligence of Plaintiff contributing thereto.

(7) Defendant owed Plaintiff a duty to use reasonable care to make the premises safe. Defendant breached that duty by failing to eliminate or warn of hazardous conditions on the premises.

14

COMPLAINT AND DEMAND FOR JURY TRIAL -2-

(8) As a direct and proximate result of the negligence of the Defendant, Plaintiff sustained serious, chronic, irreversible, and permanent injury. Plaintiff suffered and will continue to suffer physical pain, mental pain and suffering. She has sustained and will continue to sustain impairment, disability, inconvenience, loss of enjoyment of life, travel expenses, and miscellaneous expenses. Plaintiff has incurred and will continue to incur medical, rehabilitation, physical therapy, health care and related expenses. Said damages set forth in this paragraph are all in amounts to be proven at the time of trial and which exceed the jurisdiction of the Magistrate Division of District Court.

(9) On the date Plaintiff Nancy Piatt sustained the injuries complained of, she and Plaintiff Arnold Blaine Piatt were married, and they have remained married.

(10) Plaintiff Arnold Blaine Piatt, as a direct and proximate cause of the negligence of Defendant, has suffered the loss of consortium of his wife and thereby sustained a loss of consortium, affection, care, companionship and society, all to his damage and to the detriment of the marital relationship, for which he is entitled to be compensated.

(11) Plaintiffs have required the assistance of an attorney to prosecute this cause of action and are entitled to reasonable attorney's fees.

WHEREFORE, with regard to the aforementioned cause of action, Plaintiffs Nancy Piatt and Arnold Blaine Piatt request judgment against Defendant as follows:

(a) For damages sustained by Plaintiffs as stated in this Complaint in amounts to be proven at the time of trial and which exceed the jurisdiction of the Magistrate Division of District Court, which include but are not limited to physical pain, mental pain, suffering, impairment, disability, inconvenience, loss of enjoyment of life and loss of consortium. In

15

COMPLAINT AND DEMAND FOR JURY TRIAL -3-

addition, for damages for health and medical care, as well as rehabilitation, physical therapy and related expenses incurred as a result of the incident;

 (b) For pre-judgment interest;

 (c) For reasonable attorney's fees;

 (d) For costs and expenses; and

 (e) For such other and further relief as the Court may deem just and proper under these circumstances, including but not limited to the amendment of the Complaint.

DATED this 19 day of May, 2022.

*[signature]*
TODD M. REED
Attorney for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by a jury of not less than twelve.

DATED this 19 day of May, 2022.

*[signature]*
TODD M. REED
Attorney for Plaintiffs

COMPLAINT AND DEMAND FOR JURY TRIAL -4-

Case 2:22-cv-00252-DCN Document 1-1 Filed 06/17/22 Page 7 of 11

Electronically Filed
6/1/2022 1:27 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Calvin Graham, Deputy Clerk

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

Nancy B. Piatt et al.

Plaintiff(s):

vs.

Costco Wholesale Corporation

Defendant(s):

**DECLARATION OF SERVICE**

Case Number: CV28-22-2894

For:
Powell & Reed, P.C.
P. O. Box 1005
Sandpoint, ID 83864-1339

Received by Tri-County Process Serving LLC on May 24, 2022 to be served on **COSTCO WHOLESALE CORPORATION**.

**I, America Tellez Coria, state that on Tuesday, May 24, 2022, at 1:46 PM**, I served the within named **Costco Wholesale Corporation** by delivering a true copy of the **Summons, Complaint and Demand for Jury Trial** to Nicole Fruh of CT Corporation System, Registered Agent for Costco Wholesale Corporation, a person authorized to accept service on behalf of Costco Wholesale Corporation. Said service was effected at **921 S. Orchard St., Ste. G, Boise, ID 83705**.

Approximate description of Nicole Fruh
Female 33 years old, 5' 5" Tall, 170 lbs, Brown Hair, Brown eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 196158
Client Reference: Todd M. Reed

Wednesday, May 25, 2022

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_____
AMERICA TELLEZ CORIA

Case 2:22-cv-00252-DCN   Document 1-1   Filed 06/17/22   Page 8 of 11

Electronically Filed
6/14/2022 3:24 PM
First Judicial District, Kootenai County
Jim Brannon, Clerk of the Court
By: Calvin Graham, Deputy Clerk

Ronald A. Van Wert, ISB #7659
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA  99201
Phone:  509-747-9100
Fax:     509-623-1439
Attorney for Defendant

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

| | |
|---|---|
| NANCY B. PIATT and ARNOLD BLAINE PIATT, wife and husband, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation,<br><br>Defendant. | No.  CV28-22-2894<br><br>NOTICE OF APPEARANCE |

TO:     THE CLERK OF COURT; and

TO:     TODD M. REED, of Powell & Reed, P.C., Attorney for Plaintiffs

Ronald A. Van Wert of the law firm Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C. does hereby enter his appearance in the above cause on behalf of Costco Wholesale Corporation and requests that all further pleadings and papers herein, except process, be served upon the undersigned attorney at the address stated above.

RESPECTFULLY SUBMITTED this 14th day of June 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By_____
RONALD A. VAN WERT, ISB #7659
Attorney for Defendant

Notice of Appearance- Page 1

## DECLARATION OF SERVICE

I do hereby certify that on this date I served a true and correct copy of the foregoing pleading on the individuals named below, via Idaho's e-Filing system:

**Todd M. Reed**
**Powell & Reed, PC**
**PO Box 1005**
**Sandpoint, ID 83864**

DATED this 14th day of June 2022.

By: _____
Carolyn Lutzenhiser

# Case Information

CV28-22-2894 | Nancy Piatt, Arnold Piatt Plaintiff, vs. Costco Wholesale Corporation Defendant.

| | | |
|---|---|---|
| **Case Number**<br>CV28-22-2894 | **Court**<br>Kootenai County District Court | **Judicial Officer**<br>Christensen, Richard S. |
| **File Date**<br>05/19/2022 | **Case Type**<br>AA- All Initial District Court Filings (Not E, F, and H1) | **Case Status**<br>Active - Pending |

# Party

**Plaintiff**
Piatt, Nancy B.

**DOB**
XX/XX/1941

Active Attorneys ▾
Lead Attorney
Reed, Todd Mathew
Retained

---

**Plaintiff**
Piatt, Arnold Blaine

**DOB**
XX/XX/1934

Active Attorneys ▾
Lead Attorney
Reed, Todd Mathew
Retained

---

**Defendant**
Costco Wholesale Corporation

Active Attorneys ▾
Lead Attorney
Van Wert, Ronald Anthony
Retained

# Events and Hearings

- 05/19/2022 New Case - District Civil
- 05/19/2022 Civil Case Information Sheet
- 05/19/2022 Summons Issued
- 05/19/2022 Complaint For Personal Injury or Other Claims (Over $10,000) ▾
    - Comment
      Complaint and Demand for Jury Trial
- 06/01/2022 Declaration ▾
    - Comment
      Declaration of Service Costco Wholesale Corporation 05/24/2022
- 06/14/2022 Notice of Appearance
- 06/14/2022 Civil Case Information Sheet

# Financial

Piatt, Nancy B.

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $221.00 |
| | Total Payments and Credits | | | $221.00 |
| 5/18/2022 | Transaction Assessment | | | $221.00 |
| 5/18/2022 | EFile Payment | Receipt # 18974-2022-R28 | Piatt, Nancy B. | ($221.00) |

Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $136.00 |
| | Total Payments and Credits | | | $136.00 |
| 6/13/2022 | Transaction Assessment | | | $136.00 |
| 6/13/2022 | EFile Payment | Receipt # 22365-2022-R28 | Costco Wholesale Corporation | ($136.00) |